UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT WRIGHT, #674195,

    Petitioner,

           File no: 1:16-CV-1357

v.

           HON. ROBERT J. JONKER

MARK McCULLICK,

    Respondent.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 5, 2017 (ECF No. 17). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 17) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss (ECF No. 15) is **DENIED**.

Date: November 30, 2017            /s/ Robert J. Jonker
                                                  ROBERT J. JONKER
                                                  CHIEF UNITED STATES DISTRICT JUDGE